Commonwealth *v.* Hayes, Appellant.

Submitted November 12, 1973. *Lavelle A. Wilson,* for appellant; *William L. Henry,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Howard, Appellant.

Submitted September 14, 1973. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Jackson, Appellant.

Argued March 20, 1974. *Henry B. Rothblatt,* with him *John H. Broujos,* for appellant; *Edgar B. Bayley,* First Assistant District Attorney, with him *Harold E. Sheely,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed on the opinion of SHUGHART, P. J., of the court below.

## Commonwealth *v.* Jackson (et al., Appellant).

Argued March 20, 1974. *Milton R. Henry,* with him *John H. Broujos,* for appellant; *Edgar B. Bayley,* First Assistant District Attorney, with him *Harold E. Sheely,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed on the opinion of SHUGHART, P. J., of the court below.

## Commonwealth *v.* Jackson, Appellant.

Argued March 26, 1974. *Burton A. Rose,* with him *Peruto, Ryan & Vitullo,* for appellant; *David Richman,* Assistant District Attorney, with him *John H. Isom,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.